# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

United States Court of Appeals
Fifth Circuit

**F I L E D**

January 2, 2008

Charles R. Fulbruge III
Clerk

No. 06-41350
Summary Calendar

UNITED STATES OF AMERICA

Plaintiff-Appellee

v.

JORGE LUIS SALAZAR

Defendant-Appellant

Appeal from the United States District Court
for the Southern District of Texas
USDC No. 5:05-CR-1978-2

Before WIENER, GARZA, and BENAVIDES, Circuit Judges.

PER CURIAM:[*]

Defendant-Appellant Jorge Luis Salazar appeals the sentence imposed following his guilty-plea conviction for conspiracy to possess with intent to distribute 500 grams or more of cocaine and 100 kilograms or more of marijuana, in violation of 21 U.S.C. §§ 846, 841(a)(1) and (b)(1)(B), and possession of a firearm in furtherance of a drug trafficking offense, in violation of 18 U.S.C. §§ 924(c) and 2. Salazar contends that the district court clearly erred in denying him a minor role adjustment to his offense level.

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

The record demonstrates that Salazar not only took care of the house where the drugs and firearms were kept, but also assisted others in weighing and packaging the drugs for distribution. Even though Salazar's role might have been only one part of the distribution scheme, his participation was clearly "coextensive with the conduct for which he was held accountable," United States v. Garcia, 242 F.3d 593, 598-99 (5th Cir. 2001), and not merely peripheral to the advancement of the illicit activity, United States v. Miranda, 248 F.3d 434, 446-47 (5th Cir. 2001).

Salazar's conviction and sentence are AFFIRMED.